# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

---

**Steven L. Spencer**

   vs.

**Dominic J. Mantello, Superintendent,
Coxsackie Correctional Facility**

---

JUDGMENT IN A CIVIL CASE

**CASE NO.**  9:01-CV-112

    **JURY VERDICT.**  This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 **X**  **DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT PETITIONER'S WRIT OF HABEAS CORPUS IS DENIED AND DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED FEBRUARY 7, 2007.

Dated:  February 7, 2007

_(signature)_
Clerk of Court

<u>s/S. Potter</u>
By:  Deputy Clerk